JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LEE MILLISON, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a corporation; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 2:22-CV-6666-MWF(PVCx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**<br><br>State Action filed: 7/15/2022 |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff MICHELLE LEE MILLISON, and defendant COSTCO WHOLESALE CORPORATION.

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: August 18, 2023

_____
Michael W. Fitzgerald
United States District Judge

-1-
ORDER RE: JOINT STIPULATION FOR DISMISSAL